MINUTE ENTRY
BARBIER, J.
MAY 25, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 14-282 |
| KEVIN WALKER | SECTION: J |

SENTENCING

COURT REPORTER: Toni Tusa
COURTROOM DEPUTY: Gail Chauvin

PRESENT:   Matthew Payne, AUSA, for the Government
           Stephen Haedicke, for Defendant

Defendant sentenced to count 1 and 2 of the superseding bill of information.
Counts dismissed on motion of the United States as to this defendant: all remaining.
See Judgment.
The defendant is remanded.
Court adjourned.

JS-10:   23 min.